**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : No. 119 MM 2023 |
| | : |
| v. | : |
| | : |
| JAKE DOUGLAS BYLSMA | : |
| | : |
| PETITION OF: AARON DIEGO MARTIN, ESQUIRE | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of November , 2023, in consideration of the Application to Withdraw as Counsel, this matter is REMANDED to the Court of Common Pleas of Adams County for that court to determine whether to permit Attorney Aaron Diego Martin to withdraw. If present counsel is granted leave to withdraw, the court is to resolve whether to allow Jake Douglas Bylsma to proceed *pro se*.

    The Court of Common Pleas of Adams County is DIRECTED to enter its order on remand within 90 days and to promptly notify this Court of its determination.